# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Leftridge Sr, Anthony Charles  
   Leftridge, Linda D  
   Debtors

Case No. 09 B 24243

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/02/2009.

2) The plan was confirmed on 08/25/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 02/08/2010.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $65,840.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,760.00 |
| Less amount refunded to debtor | $346.75 |
| **NET RECEIPTS:** | **$7,413.25** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,174.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $489.35 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,663.35** |
| Attorney fees paid and disclosed by debtor | $1,326.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Honda Finance Corporation | Secured | $24,400.00 | $24,402.03 | $24,400.00 | $4,300.10 | $0 |
| City Of Chicago | Secured | $500.00 | $508.66 | $500.00 | $117.01 | $0 |
| Cook County Treasurer | Secured | $0 | $574.85 | $574.85 | $0 | $0 |
| GMAC Auto Financing | Secured | NA | $1,563.80 | $1,563.80 | $0 | $0 |
| Green Tree Servicing LLC | Secured | $65,600.00 | $62,948.66 | $62,948.66 | $0 | $0 |
| Green Tree Servicing LLC | Secured | $6,000.00 | $4,201.56 | $4,201.56 | $332.79 | $0 |
| Advance America | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Affinity Cash Loans | Unsecured | $1,900.00 | NA | NA | $0 | $0 |
| Affinity Cash Loans | Unsecured | $1,700.00 | $888.61 | $888.61 | $0 | $0 |
| All Credit Lenders | Unsecured | $300.00 | $1,667.40 | $1,667.40 | $0 | $0 |
| All Credit Lenders | Unsecured | NA | $2,246.40 | $2,246.40 | $0 | $0 |
| America's Financial Choice Inc | Unsecured | NA | $1,602.31 | $1,602.31 | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $1,400.00 | $1,252.31 | $1,252.31 | $0 | $0 |
| American Honda Finance Corporation | Unsecured | NA | $2.03 | $2.03 | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $1,000.00 | $1,142.61 | $1,142.61 | $0 | $0 |
| Ameriloan | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Applied Bank | Unsecured | $800.00 | $1,285.95 | $1,285.95 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Asset Acceptance | Unsecured | NA | $3,693.15 | $3,693.15 | $0 | $0 |
| AT&T | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Beneficial Credit Services | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $700.00 | $1,116.20 | $1,116.20 | $0 | $0 |
| Check N Go | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| Chicago Family Health Center | Unsecured | $800.00 | NA | NA | $0 | $0 |
| CitiFinancial | Unsecured | NA | $4,038.58 | $4,038.58 | $0 | $0 |
| City Of Chicago | Unsecured | NA | $8.66 | $8.66 | $0 | $0 |
| Cook County Treasurer | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| Dr Pyush Buch | Unsecured | $600.00 | NA | NA | $0 | $0 |
| ECast Settlement Corp | Unsecured | $700.00 | $676.95 | $676.95 | $0 | $0 |
| Fingerhut | Unsecured | NA | $732.31 | $732.31 | $0 | $0 |
| First American Cash Advance | Unsecured | $500.00 | $1,450.69 | $1,450.69 | $0 | $0 |
| First Cash Advance | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Genesis Financial Svcs Dba USA Wel | Unsecured | $1,400.00 | $607.96 | $607.96 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,400.00 | $1,203.81 | $1,203.81 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $900.00 | $1,542.81 | $1,542.81 | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $9,600.00 | NA | NA | $0 | $0 |
| National Quick Cash | Unsecured | $800.00 | NA | NA | $0 | $0 |
| One Iron Ventures | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| PDR | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $2,200.00 | $2,242.37 | $2,242.37 | $0 | $0 |
| Premier Bankcard | Unsecured | $300.00 | $501.62 | $501.62 | $0 | $0 |
| Premier Bankcard | Unsecured | $400.00 | $480.21 | $480.21 | $0 | $0 |
| Pronger Smith Clinic | Unsecured | $700.00 | $805.75 | $805.75 | $0 | $0 |
| Pronger Smith Clinic | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Recovery Management Systems Corp | Unsecured | $300.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $500.00 | $753.76 | $753.76 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $320.00 | $320.00 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | NA | $480.00 | $480.00 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $250.00 | $608.53 | $608.53 | $0 | $0 |
| SIR Finance Corporation | Unsecured | $1,800.00 | $1,542.00 | $1,542.00 | $0 | $0 |
| SST | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| The Payday Loan Store | Unsecured | $1,900.00 | NA | NA | $0 | $0 |
| The Payday Loan Store | Unsecured | $1,900.00 | NA | NA | $0 | $0 |
| UIC Pathology | Unsecured | $20.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US Cellular | Unsecured | $2,700.00 | NA | NA | $0 | $0 |
| US Fast Cash | Unsecured | $300.00 | NA | NA | $0 | $0 |
| We Offer Cash | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Web Payday | Unsecured | $500.00 | NA | NA | $0 | $0 |
| WOW Internet & Cable | Unsecured | $150.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $62,948.66 | $0 | $0 |
| Mortgage Arrearage | $4,201.56 | $332.79 | $0 |
| Debt Secured by Vehicle | $25,963.80 | $4,300.10 | $0 |
| All Other Secured | $1,074.85 | $117.01 | $0 |
| **TOTAL SECURED:** | $94,188.87 | $4,749.90 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $32,892.98 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,663.35 |
| Disbursements to Creditors | $4,749.90 |
| **TOTAL DISBURSEMENTS:** | $7,413.25 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: April 13, 2010            By: /s/ MARILYN O. MARSHALL
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)